98

■

**Gerald P. ZARRELLA**

v.

**Sidney H. ROBINSON.**

No. 80–112–A.

Supreme Court of Rhode Island.

July 3, 1980.

John D. Lynch, Warwick, John A. Varone, North Providence, for appellant.

Petrarca & McGair, Joseph J. McGair, Warwick, for appellee.

ORDER

The defendant's motion to dismiss this appeal is denied. Plaintiff is directed to file his brief on or before August 5, 1980.

DORIS, J., did not participate.

■

**STATE**

v.

**Dennis C. CARLSON.**

No. 80–46–C.A.

Supreme Court of Rhode Island.

July 7, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for plaintiff.

Barbara Hurst, Asst. Public Defender, for defendant.

ORDER

Pursuant to the order entered May 23, 1980, the Public Defender's Office is appointed to represent the defendant in prosecuting his appeal. A transcript may be ordered out of time and the State shall bear the cost of the transcript.

DORIS, J., did not participate.

■

**Robert L. CONRAD et al.**

v.

**TOWN OF NARRAGANSETT BOARD OF CANVASSERS et al.**

No. 80–297–M.P.

Supreme Court of Rhode Island.

July 10, 1980.

Frank Caprio, Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Special Asst. Atty. Gen., for respondents.

ORDER

The petition for writ of certiorari is granted. This case is assigned to the calendar for Friday, July 25, 1980 at 3:00 p. m. for oral argument. The petitioners' brief shall be filed on or before July 16, 1980, and the respondents' brief shall be filed on or before July 23, 1980.

DORIS, J., did not participate.